JAMES R. HAWKINS, Bar No. 192925
ALVIN B. LINDSAY, Bar No. 220236
JAMES HAWKINS, APLC
9880 Research Drive, Suite 200
Irvine, California 92618
Telephone:  (949) 387-7200
Facsimile:   (949) 387-6676
E-mail:      james@jameshawkinsaplc.com
             al@jameshawkinsaplc.com

Attorneys for Plaintiff GERARDO MOJICA and others similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO MOJICA, on behalf of himself and all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>COMPASS GROUP USA, INC., a Delaware Corporation; BON APPETIT MANAGEMENT, CO., a California Corporation; BON APPETIT MANAGEMENT COMPANY FOUNDATION, a California Corporation and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  8:13-cv-01754 DSF (AGR)<br>The Honorable Dale S. Fischer<br>CLASS ACTION<br><br>**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF JOINT STIPULATION OF CLASS ACTION SETTLEMENT AND RELEASE**<br><br>Date:   March 3, 2014<br>Time:  1:30 p.m.<br>Room: 840<br><br>Complaint Filed:  October 18, 2010<br>First Amended Complaint Filed: December 8, 2010<br>Removed:  November 5, 2013 |

**TO EACH PARTY AND COUNSEL OF RECORD FOR EACH PARTY:**

**YOU ARE HEREBY NOTIFIED THAT**, on Monday, March 3, 2014 at 1:30 p.m. in Courtroom 840 of the United States District Court, Central District of California, Western Division, located at 255 East Temple Street, Los Angeles, California 90012-3332, Plaintiff Gerardo Mojica ("Plaintiff"), on behalf of himself and all other similarly situated employees of Defendants Compass Group USA, Inc., Bon Appetit Management Co., and Bon Appetit Management Company Foundation ("Defendants") (collectively "the parties") will and hereby does move the Court and respectfully requests, without opposition from Defendants, that the Court grant preliminary approval of the parties' Joint Stipulation of Class Action Settlement and Release ("Settlement" or "Settlement Agreement").

Through this Motion, Plaintiff requests that the Court issue an order: (a) granting preliminary approval of the proposed Settlement; (b) granting conditional certification of the Settlement Class; (c) appointing ILYM Group as the Settlement Administrator; and (d) authorizing the mailing of the proposed Class Notice and Claim Form and Request for Exclusion form. Plaintiff also requests that the Court issue an order (e) approving James R. Hawkins of James Hawkins, APLC to be counsel for Plaintiff Gerardo Mojica and the other members of the Plaintiffs' Class in this matter, and (f) for Plaintiff to be approved as the Class Representative. Plaintiff further requests that the Court (g) set a final fairness and approval hearing for July 14, 2014 at 1:30 p.m., and approve the final approval hearing date and the other proposed Settlement administration dates as proposed and set forth in the concurrently filed [Proposed] Order.

This motion is made pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, which provides for court approval of the settlement of a purported class action and allows the court to preliminarily certify a class for settlement purposes. Plaintiff make this unopposed motion on the grounds that the Settlement is fair, adequate, and reasonable, is well within the range of

1

NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT    CASE NO. 8:13-cv-01754 DSF (AGR)

reasonableness for possible final approval, and the notice procedures proposed by the parties are adequate to ensure the opportunity of Class Members to participate in, opt out of, or object to the Settlement.

Pursuant to Local Rule 7-3, the parties' counsels have conducted numerous meetings and conferences regarding the Settlement Agreement and the presently filed motion documents, and Defendants' counsel has reviewed the form and substance of all documents filed in connection with this motion for preliminary approval in advance of their filing.  After their review, Defendants, through their counsel, have informed Plaintiff's counsel they do not oppose this motion.

The Motion is based upon this notice of unopposed motion and unopposed motion for preliminary approval of the Settlement and the memorandum of points and authorities concurrently filed herewith in support thereof, along with the [Proposed] Order Granting Preliminary Approval of Settlement and Setting a Settlement Fairness Hearing, the Declaration of James R. Hawkins ("the Hawkins Declaration") and Declaration of Gerardo Mojica in support of the Motion, also filed concurrently herewith, the parties' Joint Stipulation of Settlement and Class Action Release at Exhibit 1 to the Hawkins Declaration, and the parties' proposed Notice of Class Action Settlement, proposed Settlement Claim Form and proposed Request for Exclusion form at Exhibits A, B, and C to the Settlement, the files and records in this action, and any further evidence and argument that the Court may receive at or before the hearing.

Dated:   February 3, 2014         Respectfully submitted,
                                  JAMES HAWKINS, APLC


                                  */s/ James R. Hawkins*
                                  James R. Hawkins, Esq.
                                  Alvin B. Lindsay, Esq.
                                  Attorneys for Plaintiff Gerardo Mojica, on behalf
                                  of  himself and all others similarly situated