1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO MOJICA, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>COMPASS GROUP USA, INC., a Delaware Corporation; BON APPETIT MANAGEMENT, CO., a California Corporation; BON APPETIT MANAGEMENT COMPANY FOUNDATION, a California Corporation and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.  8:13-cv-01754 DSF (AGRx)<br><br>**JUDGMENT** |

On November 19, 2014, the Court granted final approval of the terms of the settlement of this action as fair, reasonable, and adequate under Rule 23(e) of the Federal Rules of Civil Procedure, and made other orders as reflected in the Order Granting Motion for Final Approval of Joint Stipulation of Class Action Settlement and Release, which the Court incorporates into this Judgment.

On December 4, 2014, the Court issued its Order re Attorneys' Fees and Costs, Class Representative Enhancement, and Payment to Class Administrator, which the Court incorporates into this Judgment.

The Court now enters Judgment in accordance with the terms of the Settlement Agreement and the previously referenced Orders and dismisses this action with prejudice. The Court retains jurisdiction to enforce the terms of the Settlement.

DATED: December 5, 2014

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE